HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123 *(Nevada Office)*
Telephone: (213) 928-9839
holly.cheong@troutman.com

TROUTMAN PEPPER LOCKE LLP
350 South Grand Avenue, Suite 3400
Los Angeles, California 90071 *(Los Angeles Office)*

*Attorneys for Defendant Nationstar Mortgage LLC, d/b/a Mr. Cooper (erroneously sued as Nationstar Mortgage, LLC d/b/a Mr. Cooper)*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KELLIE D'ELIA-LASKIN,<br><br>          Plaintiff,<br><br>vs.<br><br>AFFINIA DEFAULT SERVICES, LLC; and NATIONSTAR MORTGAGE, LLC d/b/a Mr. Cooper,<br><br>          Defendants. | Case No. 3:25-cv-00050-MMD-CLB<br><br>**ORDER GRANTING DEFENDANT NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br> **(FIRST REQUEST)**<br><br>[Removed from Second Judicial District Court of Nevada Case No: CV24-02483]<br><br>Complaint Filed: 11/01/24 |

Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"), pursuant to Federal Rule of Civil Procedure 6(b)(1) and LR 6-2, respectfully moves the Court for an Order enlarging the time permitted for Nationstar to file a responsive pleading to the Complaint filed by Plaintiff Kellie D'Elia-Laskin ("Plaintiff").  This is the first extension of time requested by Nationstar to respond to the Complaint in this matter. In support of this Motion, Nationstar states as follows:

1. Nationstar removed this matter from the Second Judicial District Court, Washoe County, Nevada, on January 23, 2025. [ECF No. 1.]

2. Nationstar's current deadline to respond to the Complaint is January 30, 2025.

3. In order to evaluate this matter and explore the possibility of an early resolution, Nationstar respectfully request a thirty (30) day extension, up to and including March 1, 2025, to file a responsive pleading to the Complaint.

4. The foregoing Motion is filed in good faith and not for dilatory or other improper purpose.

5. Plaintiff will not suffer any prejudice by the Court permitting Nationstar the requested extension of time. As of the filing of this Motion, Counsel for Nationstar spoke with Plaintiff regarding this Motion and she was unable to decide whether she would oppose this Motion.

6. This is the first request for extension of time for Nationstar to file a responsive pleading to the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, Defendant Nationstar respectfully requests that the Court grant this Motion and enter an Order extending the deadline for it to file a responsive pleading to the Complaint, up to and including March 1, 2025.

DATED this 28th day of January, 2025.

TROUTMAN PEPPER LOCKE LLP

By: */s/ Holly E. Cheong*
HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123 (*Nevada Office*)
Telephone: (213) 928-9839
holly.cheong@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, California 90071 *(Los Angeles Office)*

*Attorneys for Defendant Nationstar Mortgage LLC, d/b/a Mr. Cooper (erroneously sued as Nationstar Mortgage, LLC d/b/a Mr. Cooper)*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 30, 2025