**SAO**
HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123 *(Nevada Office)*
Telephone: (213) 928-9800
holly.cheong@troutman.com

TROUTMAN PEPPER LOCKE LLP
350 South Grand Avenue, Suite 3400
Los Angeles, California 90071 *(Los Angeles Office)*

*Attorneys for Defendant Nationstar Mortgage LLC, d/b/a Mr. Cooper (erroneously sued as Nationstar Mortgage, LLC d/b/a Mr. Cooper)*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KELLIE D'ELIA-LASKIN,<br><br>    Plaintiff,<br><br>vs.<br><br>AFFINIA DEFAULT SERVICES, LLC; and NATIONSTAR MORTGAGE, LLC d/b/a Mr. Cooper,<br><br>    Defendants. | Case No. 3:25-cv-00050-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)**<br><br>[Removed from Second Judicial District Court of Nevada Case No: CV24-02483]<br><br>Complaint Filed: 11/01/24 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Kellie D'Elia-Laskin ("Plaintiff") and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"), by and through its attorney, Holly E. Cheong, Esq. of Troutman Pepper Locke LLP, that the above-referenced parties stipulate as follows:

WHEREAS, Nationstar removed this matter from the Second Judicial District Court, Washoe County, Nevada, on January 23, 2025 [ECF No. 1.];

WHEREAS, this Court granted Nationstar until March 1, 2025 to respond to Plaintiff's Complaint [ECF No. 6] making this Stipulation Nationstar's second request for an extension;

308727415v2

WHEREAS, Nationstar requires additional time to respond to Plaintiff's Complaint to afford the parties time to discuss potential settlement;

NOW THEREFORE, the Parties stipulated that Nationstar has until and through March 17, 2025, to respond to Plaintiff's Complaint.

| DATED this 26th day of February 2025 | DATED this 26th day of February 2025 |
|---|---|
| | **TROUTMAN PEPPER LOCKE LLP** |
| */s/ Kellie D'Elia-Laskin* <br> Kellie D'Elia-Laskin <br> 304 West Jamaica Road <br> Stratton, Vermont 05360 <br> Plaintiff appearing pro se | */s/ Holly E. Cheong* <br> Holly E. Cheong, Esq. <br> Nevada Bar No. 11936 <br> 8985 S. Eastern Ave., Ste. 200, <br> Las Vegas, NV 89123 (*Nevada Office*) <br> 350 South Grand Avenue, Suite 3400 <br> Los Angeles, CA 90071 (*Los Angeles Office*) <br><br> *Attorneys for Defendant Nationstar Mortgage LLC* |

### ORDER

IT IS HEREBY ORDERED that Nationstar shall have until and through March 17, 2025 to respond to Plaintiff's Complaint.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 27, 2025

Respectfully submitted by:
**TROUTMAN PEPPER LOCKE LLP**
*/s/ Holly E. Cheong*
Holly E. Cheong, Esq.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071 (*Los Angeles Office*)

*Attorneys for Defendant Nationstar Mortgage LLC*

308727415v2